WEINBERG, ROGER & ROSENFELD

Ashley K. Ikeda  2955-0
Lori K. Aquino    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
aikeda@unioncounsel.net
laquino@unioncounsel.net

Attorneys for Plaintiffs
**TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OPERATING ENGINEERS' TRUST FUNDS (Pension Trust Fund and Pensioned Health and Welfare Trust Fund by its Trustees, Ken Walters, Robert Doud, Steve Gossett, Thomas Holsman, Don Huntington, Leo Ruth, Richard Piombo, Edwin Hulihee, Robert Clark, Don Doser, Jerry Bennett, Pete Cox, John Bonilla, Pat O'Connell, Max Spurgeon, Tom Stapleton, Darell Steele and Rob Wise; Hawaii Health and Welfare Trust Fund for Operating Engineers by its Trustees, Kathleen Thurston, Rodney Nohara, Lance Inouye, Harold K. Lewis, Jerry Bennett and Don Doser; Hawaii Operating Engineers Annuity Trust Fund by its Trustees, Stanley Osada, Glenn Nohara, David C. Hulihee, Harold K. Lewis, Jerry Bennett and Don Doser; Operating Engineers and Participating Employers Pre-Apprentice, Apprentice | CIVIL NO. 00-00438 SPK FIY<br><br>SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS GARY'S WELDING INC., a dissolved Hawaii corporation, and GARY L. BARBER, Jointly and Severally |

and Journeyman Affirmative Action             )
Training Fund for Hawaii by its               )
Trustees, Stanley Osada, Gilbert Ho,          )
Edwin Hulihee, Harold K. Lewis,               )
Jerry Bennett and Don Doser;                  )
Hawaii Industry Stabilization Trust           )
Fund by its Trustees, Marvin Koga,            )
Wilfred Nakakura, Alvin Kobayashi,            )
Harold K. Lewis, Jerry Bennett and            )
Don Doser; and Operating Engineers'           )
Vacation and Holiday Pay Plan by              )
and under its Fund Manager,                   )
Associated Third Party Administrators),       )
                                              )
                Plaintiffs,             )
                                              )
vs.                                           )
                                              )
GARY'S WELDING, INC.,                         )
a dissolved Hawaii corporation,               )
and GARY L. BARBER,                           )
                                              )
                Defendants.             )
_____)

(90376)Satis.Default Judgment-6.21.07

## SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS GARY'S WELDING INC., a dissolved Hawaii corporation, and GARY L. BARBER, Jointly and Severally

Come now Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS'

TRUST FUNDS, by and through their attorneys, WEINBERG, ROGER &

ROSENELD, and hereby release the Default Judgment entered herein on

November 2, 2000, and recorded in the Bureau of Conveyances, State of Hawaii

on November 8, 2000 as Document No. 2000-157247, and additionally filed in the

2

United States District Court for the Central District of California, Eastern Division, on December 15, 2000 as Case Number EDCV00MISC 4 and recorded in Official Records, County of Riverside, as Document No. 2001-061338, on February 14, 2001.

This Satisfaction Of Default Judgment Against Defendants Gary's Welding Inc., a dissolved Hawaii corporation, and Gary L. Barber, Jointly and Severally, discharges the Default Judgment entered herein on November 2, 2000, and recorded in the Bureau of Conveyances, State of Hawaii on November 8, 2000 as Document No. 2000-157247 and additionally filed in the United States District Court for the Central District of California, Eastern Division, on December 15, 2000 as Case Number EDCV00MISC 4 and recorded in Official Records, County of Riverside, as Document No. 2001-061338, on February 14, 2001.

DATED: Honolulu, Hawaii, JUN 2 1 2007 _____.

WEINBERG, ROGER & ROSENFELD

By _____
ASHLEY K. IKEDA
LORI K. AQUINO
Attorneys for Plaintiffs
TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS

---

OPERATING ENGINEERS' TRUST FUNDS, ETC., Plaintiffs, vs. GARY'S WELDING INC., a dissolved Hawaii corporation, and GARY L. BARBER, Defendants, U.S.D.C., D. Haw., Civ. No. 00-00438 SPK FIY; SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS GARY'S WELDING INC., a dissolved Hawaii corporation, and GARY L. BARBER, Jointly and Severally

3